Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF CALAVERAS, J. THOMPSON, and D HOOKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JEFFREY BEST, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>J. THOMPSON, D. HOOKS, and DOES I - XX, inclusive and THE COUNTY OF CALAVERAS,<br><br>        Defendants. | Case No. 1: 03 CV 6569 DLB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE and**<br><br>**ORDER THEREON**<br><br>Action Filed: November 10, 2003<br>Trial Date: July 12, 2005 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel as follows: The current Pre-Trial Conference date of May 13, 2005, at 1:30 p.m. be continued to June 17, 2005, at 1:30 p.m., in Department #5. The parties shall comply with Local Rule 16-281(a)(2). The trial date of July 12, 2005 remains the same.

Dated: May __4_, 2005                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP


                                                                    By:    /S/      Deborah Byron
                                                                              Michael G. Woods
                                                                              Deborah A. Byron
                                                                           Attorneys for Defendant
                                                                    COUNTY OF CALAVERAS, J. THOMPSON,
                                                                              and D HOOKS

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE - CIV-F-03-6569 AWI DLB

1

2  Dated: May _3_, 2005                              Law Offices of Kenneth M. Foley

3

4

5                                                By:  ____/S/_____Kenneth M. Foley_____
                                                        Kenneth M. Foley,
6                                                       Attorneys for Plaintiff

7

8
                                    **O R D E R**
9

10          IT IS SO ORDERED.

11

12  Dated:  May 4, 2005.              /s/ Dennis L. Beck
                                      The Honorable Dennis L. Beck,
13                                    U.S. Magistrate Judge

14

15

16

17  15800/00001-820087.v1

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE - CIV-F-03-6569 AWI DLB