**FILED**

**JUDGMENT ENTERED**

(date) 7/15/05

by /s/ wheeler

Deputy Clerk

U.S. District Court
Eastern District of California

**FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JEFFREY BEST, JR,

    Plaintiff,

vs.

J. THOMPSON and D. HOOKS

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

CIV-F-03-6569 DLB

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT OFFICER D. HOOKS AND AGAINST PLAINTIFF. A RULE 50 MOTION HAS BEEN GRANTED AS TO DEFENDANT OFFICER J. THOMPSON.

DATED: 7/15/05

JACK L. WAGNER, Clerk

By: /s/ wheeler
Deputy Clerk

jgm.civ
2/1/95